**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alicia M Thomas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7055<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–32407–ABA | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alicia M Thomas
aka Alisia M Thomas

3/5/21

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia M Thomas  
    Debtor

Case No. 15-32407-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Mar 05, 2021     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia M Thomas, 27 Mechanic St, Swedesboro, NJ 08085-1223 |
| cr | + | BANK OF AMERICA, N.A., C/) Koury Tighe Lapres Bisulca & Sommers, 1423 Tilton Road, Suite 9, Northfield, NJ 08225-1857 |
| 515876877 | + | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 515876881 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 515876882 | + | M+T Bank, POB 619063, Dallas, TX 75261-9063 |
| 515981242 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 518077992 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516054473 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2021 22:06:36 | Ashley Funding Services, LLC, c/o Resurgent capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 516104132 | | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | BANK OF AMERICA, N.A., BANK OF AMERICA, PO BOX 31785, TAMPA FL 33631-3785 |
| 515876876 | | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America Home Loans, POB 31785, Tampa, FL 33631-3785 |
| 516087390 | + | Email/Text: bncmail@w-legal.com | Mar 05 2021 20:46:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515876878 | + | EDI: CITICORP.COM | Mar 06 2021 01:28:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 515876883 | | EDI: CITICORP.COM | Mar 06 2021 01:28:00 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 516103883 | | EDI: Q3G.COM | Mar 06 2021 01:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515876879 | + | EDI: DISCOVER.COM | Mar 06 2021 01:28:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 515888711 | | EDI: DISCOVER.COM | Mar 06 2021 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515876880 | + | EDI: WFNNB.COM | Mar 06 2021 01:28:00 | HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 515933936 | | Email/Text: camanagement@mtb.com | Mar 05 2021 20:45:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |

Case 15-32407-ABA    Doc 39    Filed 03/07/21    Entered 03/08/21 00:15:53    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 3180W | Total Noticed: 29 |

| 516077347 | | EDI: PRA.COM | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | Mar 06 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Us Bank Cache Visa, POB 41067, Norfolk VA 23541 |
| 519112231 | | EDI: PRA.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519112232 | | EDI: PRA.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 515953765 | | EDI: Q3G.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515876884 | + | EDI: RMSC.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 516102745 | | EDI: RMSC.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 515876885 | + | EDI: RMSC.COM | | | |
| | | | | Mar 06 2021 01:28:00 | Synchrony Bank/Evine Live, PO Box 960009, Orlando, FL 32896-0009 |
| 515876886 | | EDI: USBANKARS.COM | | | |
| | | | | Mar 06 2021 01:28:00 | US Bank, PO Box 790408, St. Louis, MO 63179 |
| 516009969 | | EDI: ECAST.COM | | | |
| | | | | Mar 06 2021 01:28:00 | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518077993 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518882291 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518882292 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | |
| | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| Name | Details |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John D. Krohn | on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com |
| John M. Sommers | on behalf of Creditor BANK OF AMERICA  N.A. JMSommers@KTLBSLAW.com, ktlbslaw@aol.com |
| Joshua I. Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank rsolarz@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Alicia M Thomas terrytucker@comcast.net |

TOTAL: 10